1  Lisa S. Kantor, Esq. - State Bar No. 110678
   Email: lkantor@kantorlaw.net
2  Elizabeth K. Green, Esq. - State Bar No. 199634
   Email: egreen@kantorlaw.net
3  KANTOR & KANTOR, LLP
   17216 Parthenia Street
4  Northridge, CA 91325
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff,
   DAVID WALKER

ORIGINAL FILED
JUL 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

WDB

| | |
|---|---|
| DAVID WALKER, | CASE NO: C 07 3772 |
| Plaintiff, | |
| VS. | NOTICE OF INTERESTED PARTIES |
| METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, DAVID WALKER, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

The following is a list of the names of all such parties with their connection and interest herein:

1. David Walker
2. Metropolitan Life Insurance Company
3. Kaiser Permanente Flexible Benefits Plan

DATED: July 18, 2007               KANTOR & KANTOR, LLP

*(signature)*
Lisa S. Kantor
Attorneys for Plaintiff
David Walker