**United States District Court**
For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7   DAVID WALKER                                NO. CV 07-03772 WDB

8              Plaintiff,                       **CLERK'S NOTICE RE: FAILURE
    v.                                          TO FILE ELECTRONICALLY
9                                               DOCKET NOS. 1 AND 3.**

10  METROPOLITAN LIFE INSURANCE COMPANY

11             Defendant.                    /

12

13  On July 23, 2007, counsel for Plaintiff filed a Complaint, docket #1, and a Notice of Interested Parties,
14  docket #3, manually, on paper. This case has been designated for electronic filing, pursuant to Local
15  Rule 5-4 and General Order 45.

16

17  The above mentioned paper document has been filed and docketed. However, General Order 45
18  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
19  presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the
20  Complaint, docket #1, and the Notice of Interested Parties, docket #3, in PDF format within 10 days,
21  as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at
22  http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not***
23  e-file a document which has been previously filed on paper, as is the case with the above mentioned
24  filing. All subsequent papers should be e-filed.

25

26  Dated: August 7, 2007                         Cynthia Lenahan
                                                  Deputy Clerk
27
28