1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA HULL  Bar No. 99802
2  CHRISTOPHER J. KELLER Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE
INSURANCE COMPANY &
KAISER PERMANENTE FLEXIBLE BENEFITS
PLAN

KANTOR & KANTOR, LLP
LISA S. KANTOR Bar No. 110678
ELIZABETH K. GREEN Bar No. 199634
17216 Parthenia Street
Northridge, CA 91325
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
DAVID WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. C 073772 WDB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

CASE NO. C 073772 WDB

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S
COMPLAINT

SF/1438010v1

1  Pursuant to L.R. 6-1(a), plaintiff David Walker and defendants Kaiser Permanente
2  Flexible Benefits Plan and Metropolitan Life Insurance Company, by and through their attorneys,
3  hereby stipulate and agree to a 14-day extension of time for defendants to respond to the
4  complaint currently on file with the Court, and that defendants' responsive pleading shall be due
5  on or before September 5, 2007.
6  There have been no prior extensions of time.
7  IT IS SO AGREED AND STIPULATED.

8  DATED: August 21, 2007        KANTOR & KANTOR, LLP

10                                By:  /S/ Lisa S. Kantor
                                       Lisa S. Kantor, Esq.
11                                     Attorneys for Plaintiff

14 DATED: August 21, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

16                                By:  /S/ Christopher J. Keller
                                       Rebecca Hull, Esq.
17                                     Christopher J. Keller, Esq.
                                       Attorneys for Defendant
18                                     METROPOLITAN LIFE INSURANCE COMPANY &
                                       KAISER PERMANENTE FLEXIBLE BENEFITS PLAN

---

SF/1438010v1

-1-   CASE NO. C 073772 WDB
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT