1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

Attorneys for Defendants Metropolitan Life
Insurance Company, Kaiser Permanente Flexible Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Walker,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Metropolitan Life Insurance Company,<br>Kaiser Permanente Flexible Benefits Plan,<br>et al.,<br><br>　　　　Defendants. | CASE NO. C 07 3772 WDB<br><br>DEFENDANTS' CERTIFICATION OF<br>INTERESTED ENTITIES OR PERSONS |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///
///
///
///
///
///

1.     Metropolitan Life Insurance Company

2.     Kaiser Permanente Flexible Benefits Plan

DATED: Sept. 4, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Christopher Keller
    Attorneys for Defendants
    Metropolitan Life Insurance Company, Kaiser Permanente Flexible Benefits Plan