1 Lisa S. Kantor, Esq. - State Bar No. 110678
   Email: lkantor@kantorlaw.net
2 Elizabeth K. Green, Esq. - State Bar No. 199634
   Email: egreen@kantorlaw.net
3 KANTOR & KANTOR, LLP
  17216 Parthenia Street
4 Northridge, CA 91325
  (818) 886-2525 (TEL)
5 (818) 350-6272 (FAX)

6 Attorneys for Plaintiff,
  DAVID WALKER
7

8

9            UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11

12 | DAVID WALKER,                              | CASE NO: C 07-3772 WDB
13 |        Plaintiff,                          |
14 | VS.                                        | PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15 | METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE |
16 | FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE, | Complaint filed: July 23, 2007
17 |                                            |
   |        Defendants.                         |
18

19     In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned
20 party hereby voluntarily consents to have a United States Magistrate Judge conduct
21 any and all further proceedings in the case, including trial, and order the entry of a
22 final judgment. Appeal from the judgment shall be taken directly to the United States
23 Court of Appeals for the Ninth Circuit.

24

25 DATED: October 9, 2007              KANTOR & KANTOR, LLP
26
                                       BY: /s/ Elizabeth Green
27                                         Elizabeth K. Green
                                           Attorneys for Plaintiff
28

1

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

    On October 9, 2007, I served the foregoing document described as: PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action by serving a copy thereof in a sealed envelope addressed as follows:

Christopher J. Keller, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

[X]  (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FAX) I faxed such document to the facsimile number above following regular business practices.

[X]  (BY PERSONAL SERVICE) I caused hand delivery of such envelopes to the office of the addressee so indicated.

[ ]  (STATE) I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2007, at Northridge, California.

*/s/ Denise Anderson*
Denise Anderson