UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Walker

                                             CASE NO. C-07-3772 WDB

Plaintiff(s),

v.

Metropolitan Life Ins. Co.; Kaiser
Permanente Flexible Benefits Plan.

                   Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)* Private mediation, provider to be determined by the parties.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  within the next six months.

Dated:_____

Dated: October 8, '07

                                                        Attorney for Plaintiff

                                                        Attorney for Defendant

**[PROPOSED] ORDER**

  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

  Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____                                     _____

                      UNITED STATES MAGISTRATE JUDGE



# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
tel: 415.781.7900 fax: 415.781.2635

**Facsimile Transmittal Sheet**

DATE: OCTOBER 8, 2007

TIME:

NUMBER OF PAGES: 3 (including cover page)

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL OUR FAX CENTER AT (415) 781-7900 EXTENSION 2162 AS SOON AS POSSIBLE.

## TO:

| Name | Company | Telephone | Facsimile |
|---|---|---|---|
| Elizabeth K. Green, Esq. | Kantor & Kantor LLP | 818-886-2525 | 818-350-6272 |

## FROM:

| | | | |
|---|---|---|---|
| Name: | Christopher J. Keller | Fax Back Number: | (415) 781-2635 |
| Office: | San Francisco | Our File No.: | 0584-007532 |

**RE:** *David Walker v. Metropolitan Life Ins. Co.; et al.*

## MESSAGE:

**PRIVILEGE AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (415) 781-7900 and return the original message to us at the address above via the U. S. Postal Service. Thank you.

New York ▪ London ▪ San Francisco ▪ Zurich ▪ Los Angeles ▪ Paris ▪ Newark ▪ Irvine ▪ Chicago ▪ Dallas

SF/1448656v1