1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants Metropolitan Life
6  Insurance Company, Kaiser Permanente Flexible Benefits Plan

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   David Walker,                          | CASE NO. C 07 3772 WDB
12
           Plaintiff,                     | DECLINATION TO PROCEED BEFORE A
13                                        | MAGISTRATE JUDGE AND REQUEST FOR
       v.                                 | REASSIGNMENT TO A UNITED STATES
14                                        | DISTRICT JUDGE
   Metropolitan Life Insurance Company,
15 Kaiser Permanente Flexible Benefits Plan,
   et al.,
16
           Defendants.
17

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned parties hereby decline to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21 this case to a United States District Judge.

22 DATED:  October 9, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24

25                                  By:/s/ Christopher J. Keller
                                       Rebecca A. Hull
26                                     Christopher Keller
                                       Attorneys for Defendants
27                                     Metropolitan Life Insurance Company, Kaiser Permanente
                                       Flexible Benefits Plan
28