UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WALKER,

        Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

        Defendants.
_____/

No. C 07-3772 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for October 30, 2007, at 4:00 p.m. is vacated.

Dated: October 9, 2007

                              Richard W. Wieking, Clerk
                              United States District Court

                              *Sarah Weinstein*

                              By: SarahWeinstein
                                    Law Clerk

Copies to:
    All parties
    WDB
    Stats

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd