1  Lisa S. Kantor, Esq. - State Bar No. 110678
    Email: lkantor@kantorlaw.net
2  Elizabeth K. Green, Esq. - State Bar No. 199634
    Email: egreen@kantorlaw.net
3  KANTOR & KANTOR, LLP
   17216 Parthenia Street
4  Northridge, CA 91325
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff,
   DAVID WALKER
7

8

9               UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11

12 | DAVID WALKER,                              ) CASE NO: C 07-3772 WHA
13 |        Plaintiff,                          )
   |                                            ) PLAINTIFF'S REQUEST FOR
14 |    VS.                                     ) TELEPHONIC APPEARANCE AT
   |                                            ) INITIAL CASE MANAGEMENT
15 | METROPOLITAN LIFE INSURANCE )                CONFERENCE
   | COMPANY; KAISER PERMANENTE  )
16 | FLEXIBLE BENEFITS PLAN, and )              Date:  November 8, 2007
   | DOES 1 THROUGH 10, INCLUSIVE, )            Time:  3:00 p.m.
17 |                                            )
   |        Defendants.                         )
18 |_____ )

1

1   Plaintiff's counsel respectfully requests the Court's permission to appear by
2   telephone for the Initial Case Management Conference scheduled for November 8,
3   2007 at 3:00 p.m.

Dated: October 29, 2007

KANTOR & KANTOR LLP

BY: _____
Elizabeth K. Green
Attorneys for Plaintiff David Walker

**IT SO ORDERED.**

Dated: _____

_____
Honorable William Alsup

<mark>
</mark>

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

On October 29, 2007, I served the foregoing document described as: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE on the interested parties in this action by serving a copy thereof in a sealed envelope addressed as follows:

Christopher J. Keller, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

[X]  (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FAX) I faxed such document to the facsimile number above following regular business practices.

[X]  (BY PERSONAL SERVICE) I caused hand delivery of such envelopes to the office of the addressee so indicated.

[ ]  (STATE) I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2007, at Northridge, California.

Denise Anderson