IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALKER,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 through 10, inclusive,

    Defendants.

No. C 07-03772 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO ATTEND CASE MANAGEMENT BY TELEPHONE**

    Good cause not shown, the Court **DENIES** plaintiff's request to appear by telephone at the case management conference. Lead counsel must attend.

    **IT IS SO ORDERED.**

Dated: October 30, 2007.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE