UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 8, 2007

Case No.  C 07-03772 WHA

Title: DAVID WALKER v. METROPOLITAN LIFE INS

Plaintiff Attorneys: Peter Sessions

Defense Attorneys: Christopher Keller

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to _ for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Trial

**ORDERED AFTER HEARING:**

Defendant shall file the administration record and the motion for summary judgment by 1/10/08.