SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CHRISTOPHER KELLER  Bar No. 178491
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, AND
KAISER PERMANENTE FLEXIBLE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Walker,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Metropolitan Life Insurance Company,<br>Kaiser Permanente Flexible Benefits Plan,<br>et al.,<br><br>　　　　Defendants. | CASE NO. C 07 3772 WHA<br><br>**DECLARATION OF JOANNE CARROLL IN SUPPORT OF DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY AND KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S MOTION FOR SUMMARY**<br><br>DATE: FEBRUARY 14, 2008<br>TIME: 8:00 A.M.<br>COURTROOM: 9<br>JUDGE: HONORABLE WILLIAM ALSUP |

　　　　I, Joanne Carroll, declare:

　　　　1.　　I have personal knowledge of the matters stated herein, except for those matters which are identified herein as being stated on information and belief. If called upon to do so, I could and would testify to the matters stated below.

　　　　2.　　I am an employee of the Kaiser Foundation Health Plan ("Kaiser"). My job title is Senior Benefit Analyst. I have held that position since 1999. My job duties include managing Kaiser's relationships with its various insurance carriers, including negotiating and overseeing its insurance contracts with those carriers.

CASE NO. C 07 3772 WHA
DECLARATION OF JOANNE CARROLL IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT

SF/1475847v1

3. I am custodian of the various employee benefit insurance policies issued to Kaiser. Those insurance policies, and the administrative records relating to those policies, are kept by Kaiser in the ordinary course of business, under my direct supervision.

4. Pages ADMIN 0001 through ADMIN 0013 of the Administrative Record filed concurrently with Defendants' Motion for Summary Judgment is a true and correct copy of the Kaiser Permanente Welfare Benefit Plan Document ("Plan Document")), which is kept and used in the regular course of business. The Plan was sent to Metropolitan Life Insurance Company ("MetLife") for the purpose of claim review.

5. Pages ADMIN 0014 through ADMIN 0175 are a true and correct copy of the November 2003 Summary Plan Description for salaried and non-union, non-exempt employees of Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals ("Kaiser") in Northern California and is kept and used in the regular course of business. This Summary Plan description is disseminated to Kaiser employees and explains Kaiser's employment benefits, including Long Term Disability Benefits. A copy of this document is sent to MetLife when requested for the purpose of claim review.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of January 2008 at Oakland, California.

_____
Joanne Carroll

-2-      CASE NO. C 07 3772 WHA
DECLARATION OF JOANNE CARROLL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

SF/1475847v1