```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 2  CHRISTOPHER KELLER  Bar No. 178491
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5
    Attorneys for Defendants
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| David Walker,<br><br>     Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br>Kaiser Permanente Flexible Benefits Plan,<br>et al.,<br><br>     Defendants. | CASE NO. C 07 3772 WHA<br><br>**DECLARATION OF MARIA GOSCHY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: FEBRUARY 14, 2008**<br>**TIME: 8:00 A.M.**<br>**COURTROOM: 9**<br>**JUDGE: HONORABLE WILLIAM ALSUP** |

I, Maria Goschy, declare as follows:

1.  I am a Litigation Specialist employed by MetLife in its office located in Mt. Prospect, Illinois. I am personally familiar with both MetLife's practices and procedures relating to the administration of claims for benefits subject to the Employee Retirement Income Security Act of 1974 as amended ("ERISA"). I have based the statements in this affidavit on the business records of MetLife and my review of the complaint filed by plaintiff David Walker ("Walker") in the civil action entitled *David Walker v. Metrploitan Life Insurance Company, Kaiser Permanente Flexible Benefits Plan et al.*, Case No. C 07 3772 WHA and MetLife's file relating to the claim of Walker for disability benefits, which MetLife maintains as part of its regularly conducted business activity.

2.  Specifically, with respect to the compilation of the claim file, Cindy Broadwater, a

1  Litigation Specialist employed by MetLife, searched Intellis, a claim database, to retrieve the
2  Diary Review Report ("Diary Notes") for Plaintiff's claim. The Diary Notes contain a
3  chronological account of the claim, including recording documents sent and received by MetLife
4  for the claim. The documents electronically maintained in the Stored Image Retrieval System
5  ("SIR") are given Document Control Numbers, which are stamped on the documents themselves
6  and recorded in the Diary Notes. Using the Diary Notes as a checklist, Ms. Broadwater printed
7  all the electronic documents from SIR for this claim to assemble the claim file. The claim file
8  consists of the documents Bates numbered "ADMIN 0176" through "ADMIN 0603".

  3.  The administrative record consists of documents Bates numbered "ADMIN 0001" through "ADMIN 0603," previously produced. Documents "ADMIN 0001" through "ADMIN 0175" are Plan documents. Pages "ADMIN 0001" through "ADMIN 0013" contain a Kaiser Permanente Welfare Benefit Plan Document while pages "ADMIN 0014" through "ADMIN 0175" contain the applicable Kaiser Permanente Summary Plan Description. Both these Plan documents were provided to MetLife by Kaiser Foundation Health Plan, Inc. Documents "ADMIN 0176 through ADMIN 0205" contain a copy of the electronic Diary Notes regarding Mr. Walker's claim. Documents "ADMIN 0206 through ADMIN 0603" contain the remainder of the documents for Mr. Walker's claim that are in MetLife's possession, including, but not limited to Mr. Walker's claim application, medical files submitted by Mr. Walker or on Mr. Walker's behalf, correspondence by and between MetLife and Mr. Walker and his attorneys and attending physicians, and the reports of independent physician consultants.

  I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 10th day of January, 2008 at MT. PLOSACT, IL.

*Maria Goschy*
Maria Goschy