1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  David Walker,                          CASE NO. C 07 3772 WHA

12          Plaintiff,              **DEFENDANTS METROPOLITAN LIFE
                                    INSURANCE COMPANY AND KAISER
13      v.                          PERMANENTE FLEXIBLE BENEFITS
                                    PLAN'S NOTICE OF FILING OF
14  Metropolitan Life Insurance Company,   **ADMINISTRATIVE RECORD RE
    Kaiser Permanente Flexible Benefits Plan, **MOTION FOR SUMMARY JUDGMENT
15  et al.,
                                    **DATE: FEBRUARY 14, 2008
16          Defendants.             **TIME:  8:00 A.M.
                                    **COURTROOM:  9
17                                  **JUDGE:  HONORABLE WILLIAM ALSUP

18

19

20  TO THE HONORABLE WILLIAM ALSUP, AND TO ALL PARTIES AND THEIR

21  ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that Defendants Metropolitan Life Insurance Company

23  ("MetLife") and Kaiser Permanente Flexible Benefits Plan ("Plan") hereby file the

24  Administrative Record, page numbers ADMIN 0001 – 0603, maintained in connection with the

25  claim submitted by plaintiff David Walker for long term disability benefits under the Plan.

26  Attached hereto as Exhibit A is a copy of Defendants Metropolitan Life Insurance Company and

27  Kaiser Permanente Flexible Benefits Plan's Notice of Manual Filing In Support of Defendants'

28  Motion for Summary Judgment, which was manually filed together with the Administrative

SF/1476637v1                                -1-                    CASE NO. C 07 3772 WHA
DEFTS' NOTICE OF FILING ADMINISTRATIVE RECORD RE MOTION FOR SUMMARY JUDGMENT

1   Record in the Clerk's Office. The Administrative Record is submitted in paper form only and is

2   being maintained in the case file in the Clerk's office. The reason for manual filing is the size of

3   Exhibit A, which will exceed the limits specified on the Court's Electronic Case Filing website,

4   in accordance with Article 7 of the Electronic Filing Order. A courtesy copy of the

5   Administrative Record has been provided to the Court's chambers and was previously served

6   upon plaintiff. The Administrative Record is submitted in support of defendants' motion for

7   summary judgment. The Administrative Record is authenticated by the declaration of Maria

8   Goschy and the declaration of Joanne Carroll filed concurrently in support of defendants' motion

9   for summary judgment.

10

11

12   DATED: January 10, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

13

14

15                                   By: /s/ Rebecca A. Hull
                                         Rebecca A. Hull
                                         Christopher Keller
16                                       Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28

# EXHIBIT   A



SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CHRISTOPHER KELLER  Bar No. 178491
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Walker,<br><br>      Plaintiff,<br><br>      v.<br><br>Metropolitan Life Insurance Company,<br>Kaiser Permanente Flexible Benefits Plan,<br>et al.,<br><br>      Defendants. | CASE NO. C 07 3772 WHA<br><br>**DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY AND KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S NOTICE OF MANUAL FILING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: FEBRUARY 14, 2008**<br>**TIME: 8:00 A.M.**<br>**COURTROOM: 9**<br>**JUDGE: HONORABLE WILLIAM ALSUP** |

## **MANUAL FILING NOTIFICATION**

Regarding: Exhibit A to Defendant's Notice of Filing Administrative Record

TO THE HONORABLE WILLIAM ALSUP, AND TO ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office. Copies of this filing previously have been served on the parties to this action. For

information on retrieving this filing directly from the court, please go to the court's main web site

at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

Exhibit A to Defendant's Notice of Filing Administrative Record is a voluminous

1   document – the Administrative Record consisting of 693 pages – which will exceed the limits

2   specified on the Electronic Case Filing web site, and is manually filed in accordance with Article

3   7 of the Electronic Filing Order. The Administrative Record has been previously served on all

4   parties to this action, and a chambers copy has been provided.

5   DATED:  January 10, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
        Rebecca A. Hull
        Christopher Keller
        Attorneys for Defendants

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28