1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  METROPOLITAN LIFE INSURANCE COMPANY, AND
   KAISER PERMANENTE FLEXIBLE BENEFITS PLAN
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | David Walker, | CASE NO. C 07 3772 WHA |
| 13 | Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY AND KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S MOTION FOR SUMMARY JUDGMENT** |
| 14 | v. | |
| 15 | Metropolitan Life Insurance Company, Kaiser Permanente Flexible Benefits Plan, et al., | |
| 16 | | |
| 17 | Defendants. | **DATE:  FEBRUARY 14, 2008** |
| 18 | | **TIME:  8:00 A.M.** **COURTROOM:  9** **JUDGE:  HONORABLE WILLIAM ALSUP** |
| 19 | | |

20

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15

David Walker,

      Plaintiff,

v.

Metropolitan Life Insurance Company,
Kaiser Permanente Flexible Benefits Plan,
et al.,

      Defendants.

CASE NO. C 07 3772 WHA

**ORDER RE DEFENDANTS
METROPOLITAN LIFE INSURANCE
COMPANY AND KAISER PERMANENTE
FLEXIBLE BENEFITS PLAN'S MOTION
FOR SUMMARY JUDGMENT**

16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants METROPOLITAN LIFE INSURANCE COMPANY AND KAISER

PERMANENTE FLEXIBLE BENEFITS PLAN's MOTION FOR SUMMARY JUDGMENT

came on regularly for hearing before this Court on February 14, 2008. Good cause appearing,

this Court orders as follows:

      IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment is

GRANTED. Judgment shall be entered accordingly with respect to each Defendant.

      IT IS SO ORDERED.

DATED:

                By:_____
                     Hon. William Alsup
                     United States District Judge

1                      CASE NO. C 07 3772 WHA

ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT