**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 13, 2008

Case No.  C 07-03772 WHA

Title: WALKER v. METROPOLITAN LIFE INS

Plaintiff Attorneys: Elizabeth Green

Defense Attorneys: Rebecca Hull

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Dft's Motion for Summary Judgment - HELD

2)  

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court is going to allow discovery to be taken within the next 90 days.  The case management conference set for 2/28/08 is VACATED.