Lisa S. Kantor, Esq. - State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
**Attorneys for Plaintiff,
DAVID WALKER**

Rebecca A. Hull, Esq - State Bar No. 99802
 e-mail: rebecca.hull@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
**Attorneys for Defendants,
METROPOLITAN LIFE INSURANCE COMPANY AND
KAISER PERMANENTE FLEXIBLE BENEFITS PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DAVID WALKER,<br><br>         Plaintiff,<br><br>VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>         Defendants. | CASE NO: C 07-3772 WHA<br><br>PARTIES' STIPULATION TO STAY DISCOVERY AND MOTION BRIEFING DATES; AND [PROPOSED] ORDER |

The parties, by and through their respective counsel, hereby submit the following Stipulation and Proposed Order to the Court.

This case is an action for long term disability benefits under ERISA. Following the Court's February 14, 2008 Order Granting Limited Discovery, Plaintiff

1

1  has conducted written and deposition discovery.  The Court ordered a discovery
2  completion date of May 15, 2008 and set a briefing schedule for Motions for
3  Summary Judgment.
4       On or about January 18, 2008 the United States Supreme Court granted
5  certiorari in an ERISA case, *Glenn v. Metropolitan Life Insurance Company*, –S.Ct.–,
6  2008 WL 161473 (U.S. 2008), wherein the two issues accepted for review were stated
7  as follows:
8       Whether the Sixth Circuit erred in holding, in conflict with two other
9       Circuits, that the fact that a claim administrator of an ERISA plan also
10      funds the plan benefits, without more, constitutes a "conflict of interest"
11      which must be weighted in a judicial review fo the administrator's
12      benefit determination under *Firestone Tire & Rubber v. Brunch*, 489
13      U.S. 101 (1989)?
14 and
15      If an administrator that both determines and pays claims under an ERISA
16      plan is deemed to be operating under a conflict of interest, how should
17      that conflict be taken into account on judicial review of a discretionary
18      benefit determination?
19 It is anticipated that the Supreme Court will issue its decision in *Glenn* after the
20 current discovery completion and briefing dates set by this Court.  In the interests of
21 judicial economy and conservation of party resources, the parties desire that the Court
22 stay the currently set discovery and motion dates until after the Supreme Court issues
23 its decision in *Glenn* and the parties have been afforded the opportunity to consider
24 and brief the issue of the impact of the *Glenn* decision on the matter before this Court.
25      Therefore, the parties stipulate and agree to notify the Court of the *Glenn*
26 decision within ten (10) days of its entry.  The parties stipulate to stay all discovery
27 until sixty (60) days following notice of the *Glenn* decision to this Court.  The parties
28

further stipulate to continue all motion briefing dates until ninety (90) days following notice of the *Glenn* decision to this Court.

IT IS SO STIPULATED.

Dated: April 28, 2008  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/ Rebecca A. Hull
Rebecca A. Hull
Attorneys for Defendants
Metropolitan Life Insurance Company and
Kaiser Permanente Flexible Benefits Plan

Dated: April 28, 2008  KANTOR & KANTOR, LLP

By:  /s/ Elizabeth K. Green
Elizabeth K. Green
Attorneys for Plaintiff
David Walker

## [PROPOSED] ORDER

Based on the parties' stipulation and good cause having been shown, the pre-trial dates in this matter are hereby continued as follows:

The parties are to notify the Court of the Supreme Court's decision in *Glenn v. MetLife* within ten (10) days of its entry.

All discovery is stayed until sixty (60) days following notice of the *Glenn* decision to this Court. All motion briefing dates are stayed until ninety (90) days following notice of the *Glenn* decision to this Court.

IT IS SO ORDERED.

Dated:  _____
The Honorable William H. Alsup
U.S. District Court Judge