IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALKER,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 through 10, inclusive,

    Defendants.

No. C 07-03772 WHA

**ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST TO STAY DISCOVERY AND MOTION BRIEFING DATES**

      The parties request that the discovery completion date (May 15, 2008) and briefing schedule for the motions for summary judgment be stayed pending the outcome of the Supreme Court's decision in ERISA case *Glenn v. Metropolitan Life Insurance Company*, 2008 WL 161473 (2008). Because the parties have already moved so far along with discovery, the discovery completion date of May 15, 2008, shall stand. The request to stay discovery is therefore **DENIED**. It is possible, however, that *Glenn* decision could influence the motions for summary judgment. The request to continue all motion briefing dates pending the *Glenn* decision is **GRANTED**. The parties shall notify the Court of the *Glenn* decision within ten (10) days of its entry. The briefing deadlines for the motions for summary judgment are continued until ninety (90) days following the *Glenn* decision (and not the notice of the decision).

    **IT IS SO ORDERED.**

Dated: April 29, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE