1  Lisa S. Kantor, Esq. - State Bar No. 110678
     Email: lkantor@kantorlaw.net
2  Elizabeth K. Green, Esq. - State Bar No. 199634
     Email: egreen@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone: (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Robert F. Keehn, Esq. SBN 115848
     E-Mail: rkeehn@rfk-law.com
7  Law Office of Robert F. Keehn
   9911 W. Pico Blvd., Suite 800
8  Los Angeles, CA 90035
   Telephone: (310) 551-6525
9  Facsimile: (310) 284-2654

10 **Attorneys for Plaintiff,
   DAVID WALKER**

               UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DAVID WALKER, | CASE NO: C 07-3772 WHA |
| Plaintiff, | |
| VS. | NOTICE OF ASSOCIATION OF COUNSEL |
| METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that, effective immediately, Robert F. Keehn, of the Law Office of Robert F. Keehn, 9911 West Pico Blvd., Ste. 800, Los Angeles, CA 90035; telephone number (310) 551-6525 hereby associates in as counsel for Plaintiff, David Walker.

                                1

1 |     Please include Robert Keehn as additional counsel representing Plaintiff, David Walker, on all proofs of service and docket statements.

DATED: May 9, 2008

                              KANTOR & KANTOR LLP

                              BY _____
                              Elizabeth K. Green
                              Attorneys for Plaintiff
                              David Walker

DATED: May 9, 2008

                              LAW OFFICE OF ROBERT F. KEEHN

                              BY _____
                              Robert F. Keehn
                              Attorneys for Plaintiff
                              David Walker