IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALKER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 through 10, inclusive,

    Defendants.

No. C 07-03772 WHA

**ORDER RESETTING DEADLINES FOR MOTIONS FOR SUMMARY JUDGMENT**

An earlier order continued all briefing deadlines for the motions for summary judgment until ninety (90) days following the Supreme Court's decision in the ERISA case *Glenn v. Metropolitan Life Insurance Company*, __ S.Ct. __, 2008 WL 161473 (2008). *Glenn* was decided on June 19, 2008. Accordingly, the parties have until September 18, 2008, to file new motions for summary judgment that take into account the *Glenn* decision.

**IT IS SO ORDERED.**

Dated: June 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE