Glenn R. Kantor, Esq. - State Bar No. 122643
    e-mail: gkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
    e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
**Attorneys for Plaintiff,**
**DAVID WALKER**

Rebecca A. Hull, Esq - State Bar No. 99802
    e-mail: rebecca.hull@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
**Attorneys for Defendants,**
**METROPOLITAN LIFE INSURANCE COMPANY AND**
**KAISER PERMANENTE FLEXIBLE BENEFITS PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DAVID WALKER,<br><br>    Plaintiff,<br><br>VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO: C 07-3772 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE JANUARY 22, 2009 HEARING TO JANUARY 29, 2009 |

Plaintiff David Walker and Defendants Metropolitan Life Insurance Company and Kaiser Permanente Flexible Benefits Plan, by and through their respective counsel, respectfully request the hearing on Defendants' Motion for Protective Order

1

1 currently set for January 22, 2009 at 8:00 a.m. be continued to January 29, 2009, or
2 such other date as is convenient for the Court.

3       Elizabeth Green, primary counsel for Plaintiff, is eight (8) months pregnant, and unable to travel. Glenn Kantor, who will be appearing on behalf of the Plaintiff at the hearing on Defendants' Motion for Protective Order, currently scheduled for January 22, 2009, has a prior commitment which prevents him from flying to the Bay Area on the night of January 21. As there are no scheduled airplane flights from the Los Angeles area to the Bay Area on the morning of January 22, 2009, which would permit him to timely attend this Court appearance, good cause exists to reschedule the date of the hearing.

11       IT IS THEREFORE STIPULATED and agreed by and between the parties that the January 22, 2009 hearing be continued to January 29, 2009 at 8:00 a.m., or to any other date and time which is convenient for the Court.

Dated: January 9, 2009

KANTOR & KANTOR, LLP

By: _____
Glenn R. Kantor
Attorneys for Plaintiff
David Walker

Dated: January 9, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Attorneys for Defendants
Metropolitan Life Insurance Company and
Kaiser Permanente Flexible Benefits Plan

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the parties' stipulation and good cause having been shown, the |
| 3 | hearing on Motion for Protective Order in this matter is hereby continued from |
| 4 | January 22, 2009 at 8:00 a.m. to January 29, 2009 at 8:00 a.m. |
| 6 | IT IS SO ORDERED. |
| 8 | Dated: January 12, 2008 |



The Honorable William H. Alsup
U.S. District Court Judge

3