1    Glenn R. Kantor, Esq. - State Bar No. 122643
       e-mail: gkantor@kantorlaw.net
2    KANTOR & KANTOR, LLP
     19839 Nordhoff Street
3    Northridge, CA 91324
     Telephone:  (818) 886-2525
4    Facsimile:   (818) 350-6272
     **Attorneys for Plaintiff,**
5    **DAVID WALKER**

6    Rebecca A. Hull, Esq - State Bar No. 99802
       e-mail: rebecca.hull@sdma.com
7    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     One Market Plaza
8    Steuart Tower, 8th Floor
     San Francisco, CA  94105
9    Telephone: (415) 781-7900
     Facsimile: (415) 781-2635
10   **Attorneys for Defendants,**
     **METROPOLITAN LIFE INSURANCE COMPANY AND**
11   **KAISER PERMANENTE FLEXIBLE BENEFITS PLAN**

12

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

15

16   DAVID WALKER,                          )   CASE NO: C 07-3772 WHA
                                            )
17              Plaintiff,                  )
                                            )   STIPULATION AND [PROPOSED]
18       VS.                                )   ORDER TO CONTINUE
                                            )   PLAINTIFF'S OPPOSITION DUE
19   METROPOLITAN LIFE INSURANCE )              DATE OF MARCH 12, 2009 AND
     COMPANY; KAISER PERMANENTE )              DEFENDANT'S REPLY DUE DATE
20   FLEXIBLE BENEFITS PLAN, and   )           OF MARCH 19, 2009
     DOES 1 THROUGH 10, INCLUSIVE, )
21                                          )   Dated: April 2, 2009
                Defendants.                 )   Time:  8:00 a.m.
22   _____ )

23

24          Plaintiff David Walker and Defendants Metropolitan Life Insurance Company

25   and Kaiser Permanente Flexible Benefits Plan, by and through their respective

26   counsel, respectfully request Plaintiff's Opposition to Defendants' Motion for

27   Protective Order currently due to be filed on March 12, 2009 be continued to March

28

                                        1

1  13, 2009, and Defendants' Reply currently due on March 19, 2009 be continued to

2  March 20, 2009, or such other date as is convenient for the Court.

3      Our office is requesting a continuance of one day for the filing of opposition

4  and reply papers, as Mr. Kantor's wife will be undergoing an unexpected surgical

5  procedure and she will require his assistance, and he will be away from his office

6  during the remainder of the week.  Therefore, good cause exists to continue the due

7  dates for the opposition and reply papers.

8      IT IS THEREFORE STIPULATED and agreed by and between the parties that

9  the due date of Plaintiff's Opposition be continued from March 12, 2009 to March 13,

10  2009 and Defendant's Reply be continued from March 19, 2009 to March 20, 2009,

11  or to any other date and time which is convenient for the Court.

12

13  Dated: March 9, 2009               KANTOR & KANTOR, LLP

14
                                       By:   */s/ Glenn R. Kantor*
15                                           Glenn R. Kantor
                                             Attorneys for Plaintiff
16                                           David Walker

17
    Dated: March 9, 2009               SEDGWICK, DETERT, MORAN &
18                                       ARNOLD LLP

19
                                       By:   */s/ Rebecca A. Hull*
20                                           Rebecca A. Hull
                                             Attorneys for Defendants
21                                           Metropolitan Life Insurance Company and
                                             Kaiser Permanente Flexible Benefits Plan
22

23

24

25

26

27

28

2

1    **[PROPOSED] ORDER**

2        Based on the parties' stipulation and good cause having been shown, Plaintiff's

3    Opposition to Defendants' Motion for Protective Order is now due March 13, 2009

4    and Defendants' Reply to said opposition is now due March 20, 2009.

5

6        IT IS SO ORDERED.

7

8    Dated:    March 10, 2009

9                                              The Honorable William H. Alsup

10                                             U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

1

2      I am employed in the County of Los Angeles, State of California. I am over the

3 age of 18 and not a party to this entitled action. My business address is 19839

4 Nordhoff Street, Northridge, CA 91324.

5      I hereby certify the following document STIPULATION AND [PROPOSED]

6 ORDER TO CONTINUE PLAINTIFF'S OPPOSITION DUE DATE OF MARCH 12,

7 2009 AND DEFENDANT'S REPLY DUE DATE OF MARCH 19, 2009, was served

8 on the interested parties in this action by electronic service through the Court's

9 transmission facilities, addressed as follows:

10

11     Rebecca A. Hull, Esq - State Bar No. 99802
    e-mail: rebecca.hull@sdma.com

12     SEDGWICK, DETERT, MORAN & ARNOLD LLP

13     Executed on March 9, 2009, at Northridge, California.

14

15

16                         _____

17     Denise Anderson, Paralegal
    Kantor & Kantor LLP

18     19839 Nordhoff Street
    Northridge, CA 91324

19

20

21

22

23

24

25

26

27

28