IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALKER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 through 10, inclusive,

    Defendants.

No. C 07-03772 WHA

**ORDER RE APRIL 2 HEARING**

A hearing on defendant's motion for a protective order is scheduled for April 2, 2009. Counsel for defendant should bring to the hearing a list of all of the NMR files subject to the February 6 order (estimated by defendant to be approximately 600) — not the actual files, just a list thereof. The list should contain, for each file at issue, the date of the initial referral to NMR and the name of the claimant.

**IT IS SO ORDERED**.

Dated: March 26, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE