IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-03772 WHA<br><br>**ORDER REGARDING NOTICE OF PENDING RESOLUTION** |

In light of MetLife's statement today that it will pay plaintiff's claim in full, please submit by Monday, **APRIL 6, 2009**, an agreed form of judgment specifying the amount. The Court will then allow until June 4 to file a formal attorney's fees and costs motion if informal negotiation fails.

**IT IS SO ORDERED**.

Dated: April 3, 2009.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE